UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH MELANCON                                    CIVIL ACTION

VERSUS                                             NO. 08-5005

NEW ORLEANS POLICE DEPT.                           SECTION "S"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation,[1] hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the 42 U.S.C. §1983 claims brought by the plaintiff, Joseph Melancon, against the New Orleans Police Department and Orleans Parish Criminal Sheriff Marlin Gusman are **DISMISSED WITH PREJUDICE** as frivolous, and otherwise for failure to

---

[1]The Clerk of Court attempted to locate plaintiff after his release from prison to no avail. Local Rule 11.1E requires that each attorney and pro se litigant has a continuing obligation to apprise the court of any address change.

state a claim for which relief can be granted, pursuant to 28 U.S.C. §1915(e)(2)(b) and §1915A and 42 U.S.C. §1997e.

New Orleans, Louisiana, this 30th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE